Núm. 6928.—PUEBLO, apldo. *v.* JIMÉNEZ, aplte.—C. D. Ponce. Noviembre 14, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, el único señalamiento de error es:

"Erró la corte inferior al apreciar la prueba en este caso y dictar una sentencia condenatoria contra el acusado."

Por cuanto, se trata únicamente de un conflicto en la prueba resuelto en contra de la teoría del acusado, sin que exista motivo suficiente para creer que el Juez de Distrito haya cometido error alguno en su apreciación de la prueba practicada.

Por tanto, se confirma la sentencia que dictó la Corte de Distrito de Ponce en octubre 16, 1936.

El Juez Presidente Sr. Del Toro no intervino.